ATKINSON, Respondent, v. HEINE et al., Appellants. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by William J. Atkinson against Arnold B. Heine and others. C. E. Rushmore, for appellants. A. S. Gilbert, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

AVON SPRINGS SANITARIUM CO. v. KELLOGG. (Supreme Court, Appellate Division, Fourth Department. October 9, 1907.) Action by the Avon Springs Sanitarium Company against J. Francis Kellogg.

PER CURIAM. Defendant's exceptions overruled, and motion for new trial denied, and judgment ordered for plaintiff upon the verdict, with costs.

McLENNAN, P. J., dissents, for the reasons stated in dissenting opinion, reported at 119 App. Div. 560, 104 N. Y. Supp. 58.

BALDWIN, Respondent, v. AMERICAN WOOLEN CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 16, 1907.) Action by Stephen J. Baldwin against the American Woolen Company of New York.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., and KRUSE, J., dissent, upon the ground that there is no evidence that the accident was caused by reason of the incompetency of Shattell at the time in question.

BAMBERG v. INTERNATIONAL RY. CO. et al. (Supreme Court, Appellate Division, Fourth Department. November 13, 1907.) Action by Ernest Bamberg against the International Railway Company and others. No opinion. Motion for reargument denied, with $10 costs.

BARR, Appellant, v. MEAD et al., Respondents (two cases). (Supreme Court, Appellate Division, First Department. November 8, 1907.) Actions by Harry P. Barr against John A. Mead and others. M. A. Ryan, for appellant. L. A. Gould, for respondents. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

BARR v. SOFRANSKI. (Supreme Court, Appellate Division, First Department. November 15, 1907.) Action by William J. Barr, as trustee, against Eva Sofranski. No opinion. Motion granted, with $10 costs. Order filed.

BARR et al., Respondents, v. VREDENBURG et al., Appellants., (Supreme Court, Appellate Division, Fourth Department. November 13, 1907.) Action by William Barr and another against Charles W. Vredenburg and another. No opinion. Judgment affirmed, with costs.

BATTALIA, Respondent, v. RICCA & SONS, Appellants. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Leo H. Battalia against Ricca & Sons. J. J. O'Connell, for appellants. G. Hamburger, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. Order filed.

BAYLEY, Appellant, v. CURTIS BROS. LUMBER CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Andrew Bayley against the Curtis Bros. Lumber Company. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

BAUER, Appellant, v. HAWES et al., Respondents. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Louis Bauer against James A. Hawes as executor and others. H. V. Rutherford, for appellant. B. E. V. McCarty, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BAUER, Respondent, v. PARSONS et al., Appellants. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Louis Bauer against Edwin Parsons and others. J. Byrne, for appellants. H. V. Rutherford, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BAUER, Respondent, v. ST. JOHN, Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Louis Bauer against Gamaliel C. St. John. J. W. Hawes, for appellant. H. V. Rutherford, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BAUER v. YOST et al. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Louis Bauer against George E. Yost and others. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BEATTY v. IRELAND et al. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Action by Robert A. Beatty against John B. Ireland and another. No opinion. Motion granted, with $10 costs. Order filed.

BENEDICT et al., Respondents, v. STANFORD, Appellant. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Appeal from Special Term. Action by Seelye Benedict and others against Joseph M. Stanford. From an order granting an injunction, defendant appeals. Modified. C. E. Francis, for appellant. D. W. Richards, for respondents.

PER CURIAM. The order should be modified, by striking out the word "taking" from the enjoining clause, and by adding a clause to the effect that the injunction is granted upon condition that the plaintiffs increase their undertaking to $2,500 within five days from the